UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sage J. C.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Kilolo KIJAKAZKI, Acting Commissioner of Social Security, [1]<br><br>　　　　　　　　　　　Defendant. | Case No.:  21-cv-00985-BGS<br><br>**ORDER GRANTING JOINT MOTION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

　　　The parties have filed a Joint Motion seeking remand of this matter to the agency for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  (ECF No. 12.)  The parties indicated that "[o]n remand, the Commissioner will further develop the record as necessary, and issue a new decision."  (*Id.* at 2.)  The Joint Motion requested that "the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner."  (*Id.*)

---

[1] Kilolo Kijakazi became Acting Commissioner of Social Security on July 9, 2021 and is therefore substituted for Andrew Saul as Defendant.  *See* 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d).

Accordingly, good cause appearing, the undersigned **GRANTS** the parties' Joint Motion for Voluntary Remand (ECF No. 12) and **REMANDS** this action to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The undersigned **DIRECTS** the Clerk of the Court to enter final judgment in favor of Plaintiff and close the case.

**IT IS SO ORDERED**.

Dated: June 6, 2022

Hon. Bernard G. Skomal
United States Magistrate Judge