UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sage John C.,<br><br>    Plaintiff,<br><br>v.<br><br>Kilolo KIJAKAZKI, *Acting Commissioner of the Social Security*<br><br>    Defendant. | Case No.:  21-cv-00985-BGS<br><br>**ORDER GRANTING JOINT MOTION FOR THE AWARD & PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

On May 24, 2021, Plaintiff Sage John C. ("Plaintiff") filed this social security appeal challenging the denial of his application for social security disability insurance benefits. (*See* ECF No. 1.)  On April 1, 2022, the Administrative Record was filed.  (ECF No. 8.) The Court then issued a Scheduling Order.  (ECF No. 10.)  In this Scheduling Order, the Court indicated that the parties shall engage in good faith settlement negotiations to resolve the matter and provided a schedule, with June 3, 2022 being the deadline to either file a "stipulation dismissing, remanding, or otherwise resolving the case" or if the case did not settle, then the parties were to file a "Joint Status Report advising the Court that they have not resolved the matter in settlement discussions."  (*Id.* at 2.)  On May 31, 2022, the parties filed a Joint Motion for Voluntary Remand, which the Court granted on June 7, 2022. (ECF Nos. 12, 14.)

The parties now jointly move for an award to Plaintiff of attorney's fees in the amount of $4,404.14 under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). (*See* ECF No. 16.)  Good cause appearing, the Court **GRANTS** the parties' joint motion

and **ORDERS** that Plaintiff be awarded attorney's fees in the amount of $4,404.14 subject to the terms set forth in the joint motion.  (*See id.*)

**IT IS SO ORDERED**.

Dated:  August 12, 2022

Hon. Bernard G. Skomal
United States Magistrate Judge